**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 4, 2022

**BY ECF**
Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Kenyatta Williams,
        22 Cr. 165 (JPO)**

Dear Judge Oetken:

    I write with the consent of the government to request that the conference scheduled for today be adjourned to June 27 or 29, 2022.  Mr. Williams was not produced for Court today; I understand that he did not come because the shackles in which he was to be transported put him in pain (related to his car-collision injuries that were discussed at the bail hearing).  Because the parties are actively involved in plea discussions likely to resolve the case and because undersigned counsel will be on trial in another matter beginning on May 17, we submit that the requested adjournment would be in the interest of justice and that the time until the next conference date should be excluded under 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

---

Granted.  The May 4, 2022 pretrial conference is adjourned to June 29, 2022 at 10:30 am.  The Court hereby excludes time through June 29, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
  So ordered:  May 4, 2022

J. PAUL OETKEN
United States District Judge