**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 8, 2022

**BY ECF**
Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Kenyatta Williams,
22 Cr. 165 (JPO)**

Dear Judge Oetken:

    I write with the consent of the government to request that the conference scheduled for September 13, 2022, be adjourned by approximately 30 days. The parties are actively engaged in discussions that are likely to resolve this case without trial or motion practice and submit that the requested adjournment—and the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)—would be in the interest of justice.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

> Granted. The September 13, 2022 pretrial conference is adjourned to October 17, 2022 at 2:30 pm. The Court hereby excludes time through October 17, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> 9/8/2022

J. PAUL OETKEN
United States District Judge