**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 12, 2022

**BY ECF**
Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Kenyatta Williams,**
     **22 Cr. 165 (JPO)**

Dear Judge Oetken:

I write with the consent of the government to request that the conference scheduled for October 17, 2022, be adjourned by approximately 60 days and that time be excluded in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7). The parties are actively engaged in plea discussions, which are likely to be influenced by the Second Circuit's anticipated decision in United States v. Gibson, No. 20-3049. Gibson was argued nearly a year ago, on November 23, 2021, and presents the question whether New York State's drug schedules are categorically broader than their federal counterparts.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

Granted. The October 17, 2022 pretrial conference is adjourned to December 21, 2022 at 10:30 am. The Court hereby excludes time through December 21, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
  So ordered:
  10/12/2022

_____
J. PAUL OETKEN
United States District Judge