# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 2, 2023

**BY ECF**
Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Kenyatta Williams,
22 Cr. 165 (JPO)**

Dear Judge Oetken:

    I write with the consent of the government to request that the conference scheduled for March 6, 2023,[1] be adjourned to for approximately 45 days, to a time during the week of April 24–28 if convenient to the Court, and that the time until the new conference date be excluded pursuant to 18 U.S.C. § 3161(h)(7). We anticipate that Mr. Williams will plead guilty pursuant to a plea agreement at this next appearance.

Granted. The March 6, 2023 pretrial conference is adjourned to April 25, 2023 at 12:45 pm. The Court hereby excludes time through April 25, 2023, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
 So ordered:
 3/2/2023

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

J. PAUL OETKEN
United States District Judge

---

[1] An earlier version of this letter motion incorrectly stated the conference date as February 6, rather than March 6.